

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT ON REMAND

Bobbie Jackson Chavez, Jr.,

Vs. No. 11-19-00220-CR

The State of Texas,

* From the 70th District Court
  of Ector County,
  Trial Court No. A-17-1333-CR.

* July 8, 2021

* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the time payment fee of $25, and we affirm the judgment as modified.